# Sixth District Court of Appeal
## State of Florida

————————————————

Case No. 6D23-2704
Lower Tribunal No. 2022-CA-000912-0001-XX

————————————————

CEMT Naples, Inc.,

Appellant,

v.

Scotia Properties, LLC, Coffee Club Holdings, LLC and
589 5th Avenue Partners, LLC,

Appellees.

————————————————

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

June 25, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and SMITH, JJ., concur.


J. Michael Coleman and Amanda M. Globetti, of Coleman, Taylor, Klaus, Doupé, Diaz & Torrez, P.A., Naples, for Appellant.

Mark H. Muller, of Mark H. Muller, P.A., Naples, for Appellee, Scotia Properties, LLC.

Jeffrey D. Fridkin and Alexandra D. Gabel, of Gunster, Yoakley & Stewart, P.A., Naples, for Appellees, Coffee Club Holdings, LLC and 589 5th Avenue Partners, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED